UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TINA M. VARLESI,**

    Plaintiff,

-vs-                                            Case No. 10-CV-14793

**WAYNE STATE UNIVERSITY**, *a Michigan*     HON. MARK A. GOLDSMITH
*non-profit corporation;* **CAROL PREMO**, **PH.D.,
ANWAR NAJOR-DURACK, DEAN PHYLLIS
I. VROOM, SHAWNA J. LEE, ANTONIO
GONZALES-PRENDES, MARGARET
BRUNHOFER, THE SALVATION ARMY,**
*a foreign non-profit corporation;* and **JOYCE
STEFANSKI**, *jointly and severally,*

    Defendants.

___

| | |
|---|---|
| **Deborah L. Gordon, PLC**<br>**Deborah L. Gordon (P27058)**<br>**Carol A. Laughbaum (P41711)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 275<br>Bloomfield Hills, Michigan 48304<br>248-258-2500/FAX 248-258-7881<br>dgordon@deborahgordonlaw.com<br>claughbaum@deborahgordonlaw.com | **Miller Canfield Paddock and Stone**<br>**Megan P. Norris (P393 18)**<br>**M. Misbah Shahid (P73450)**<br>Attorney for WSU, Premo, Najor-Durack,<br>Vroom, Lee & Gonzales-Prendes<br>150 W. Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>313-963-6420<br>norris@millercanfield.com<br>shahid@millercanfield.com |
| **Dykema Gossett**<br>**Patrick F. Hickey (P36648)**<br>**Lauren M. Phillips (P74102)**<br>Attorneys for Stefanski<br>400 Renaissance Center, 37th Floor<br>Detroit, Michigan 48243<br>313-568-6800/FAX 313-568-6691<br>phickey@dykema.com<br>lmphillips@dykema.com | **Kotz Sangster Wysocki and Berg**<br>**John T. Below (P48677)**<br>**Heather Gelfand Ptasznik (P63344)**<br>Attorneys for The Salvation Army<br>400 Renaissance Center, Suite 3400<br>Detroit, Michigan 48243<br>313-259-8300/ FAX 313-259-1451<br>jbelow@kotzsangster.com<br>hptasznik@kotzsangster.com |

___

**PLAINTIFF'S FOURTH AMENDED WITNESS LIST**

    Plaintiff **Tina Varlesi** by her attorneys **Deborah L. Gordon PLC** submits the following

list of persons who may be called to testify as witnesses at the time of trial.

1. Tina Varlesi

2. Joyce Stefanski

3. Carol Premo

4. Amber Bergin

5. Gary Gillow

6. Carmen Ramos

7. Debra Jones

8. Janet Joiner

9. Galen Duncan

10. Julie Alter-Kay

11. Anwar Najor-Durack

12. Phyllis I. Vroom

13. Shawna J. Lee

14. Antonio Gonzales-Prendes

15. Margaret Brunhofer

16. Captain Troy Barker

17. Captain Linda Barker

18. Lorre Allen

19. Dr. Debra Glitz

20. Genie Dendrino-Mathieu
21. Dr. Dorothy Jenkins

22. Tomasz Witzowski

23. Glen Maloney

24. Cynthia Moon

25. Nichole Pardo

26. Jake Schrock

27. Pamela Mackey, VA

28. Vickie Anderson

29. Nancy Barrett

30. Louis Lessem

31. Amy Stirling

32. Dale Price

33. Deanna Wooten

34. Judith Remner

35. David Chatkoff, PhD

36. Charlene McGunn

37. Valerie Zager

38. Steven Salley

39. Any or all of the ten (10) students identified by WSU as Plaintiff's comparables

40. Michael Thomson, Ph.D., Nitin Paranjpe, Ph.D., or another labor economist from Thomson Econometrics, Bloomfield Hills (damages expert)

41. All witnesses listed by Defendants

42. Any necessary rebuttal witnesses

Plaintiff reserves the right to amend her witness list to reflect additional witnesses revealed in

discovery.

|  |  |
|---|---|
|  | **DEBORAH L. GORDON, PLC** |
|  | Deborah L. Gordon (P27058) |
|  | /s/Carol A. Laughbaum (P41711) |
|  | Attorneys for Plaintiff |
|  | 33 Bloomfield Hills Parkway, Suite 275 |
|  | Bloomfield Hills Michigan 48304 |
| Dated:   October 28, 2011 | Telephone 248 258 2500 |
|  | dgordon@deborahgordonlaw.com |
|  | claughbaum@deborahgordonlaw.com |

### **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**DEBORAH L. GORDON, PLC**
Deborah L. Gordon (P27058)
/s/Carol A. Laughbaum (P41711)
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills Michigan 48304
Telephone 248 258 2500
dgordon@deborahgordonlaw.com
claughbaum@deborahgordonlaw.com