# EXHIBIT 1



| | 811 SOUTH BOULEVARD, STE 210 | TEL: 877/230-3246 |
| --- | --- | --- |
| | ROCHESTER HILLS, MI 48307 | FAX: 248/267-3086 |
| | | www.portwooddelivery.com |

| | | Invoice No: | 35806 |
| --- | --- | --- | --- |
| Due Date: | 8/15/2011 | Page: | 1 |
| Invoice Date | 7/16/2011 | | |

Bill To:

Dykema Gossett PLLC
400 Renaissance Center
37th Floor
Detroit, MI 48243

For: Lauren M. Phillips

| Your Ref No: 10-cv-14793 | File Number: 11-36767 | Term : Net 30 Days |
| --- | --- | --- |

Regarding: DG- Tina M. Varlesi v. Wayne State University, et al
Invoice No: 35806

**Services Rendered**

| Date | Description | Rate | Charges |
| --- | --- | --- | --- |
| 7/09/2011 | Personal service on: Amber Bergin | $50.00 | $50.00 |
| | | Total Fees | $50.00 |
| Total New Charges | | | $50.00 |