# EXHIBIT 2

## SUMMARY OF INVOICES FOR DEPOSITION TRANSCRIPTS USED IN SUPPORT OF JOYCE STEFANSKI'S MOTION FOR SUMMARY JUDGMENT

| Date of Deposition | Deponent | Summary Judgment Exhibit Number | Cost |
|---|---|---|---|
| 5/11/2011 | Joyce Stefanski | Doc. 55 – Ex. 5 | $ 533.28 |
| 5/5/2011 Part I<br><br>5/10/2011 Part II | Tina Varlesi | Doc. 55 – Ex. 4 | $ 676.19<br><br>$ 389.76 |
| 5/16/2011 Part I<br><br>7/5/2011 Part II | Anwar Najor-Durack | Doc. 55 – Ex. 8 | $ 744.10<br><br>$ 184.30 |
| 5/24/2011 Part I<br><br>9/15/2011 Part II | Carol Premo | Doc. 55 – Ex. 7; Doc. 79 – Ex. 1 | $ 694.75<br><br>$ 407.42 |
| 7/29/2011 | Amber Bergin | Doc. 79 – Ex. 6 | $ 470.13 |
| 7/8/2011 | Phyllis Vroom | Doc. 79 – Ex. 4 | $ 682.50 |
| TOTAL: | | | $4,782.43 |

  

**ESQUIRE**
Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-5560
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # EQ269799



PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

| Invoice Date | 05/26/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 06/25/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/11/2011 | VARLESI, TINA vs. WSU | 219385 | 05/23/2011 | UPS |

| Description | Amount |
|---|---|

Services Provided on 05/11/2011, JOYCE STEFANSKI (BLOOMFIELD HILLS, MI)

| | |
|---|---|
| ONE COPY OF TRANSCRIPT/WORD INDEX (238 Pages) | $ 490.28 |
| EXHIBITS | $ 0.00 |
| FLAT FEE EXHIBITS | $ 35.00 |
| | $ 525.28 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/10/2011** | **$ 533.28** |
| Amount Due After 07/10/2011 | $ 586.61 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | EQ269799 |
| Payment Due: | 06/25/2011 |
| **Amount Due On/Before 07/10/2011** | **$ 533.28** |
| Amount Due After 07/10/2011 | $ 586.61 |

PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

069 0000269799 05262011 2 000053328 2 06252011 07102011 9 000058661 99



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 110505D
Job Date: 05/05/2011
Order Date: 05/05/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Rebill**

Rebill Date: 12/12/2
Invoice #: 476
Inv.Date: 05/19/2
Balance: $676

Bill To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

Action: Varlesi, Tina M.
vs
Wayne State University, et al
Action #:
Rep: DMK
Cert: 2466

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Tina M. Varlesi | Copy incl. condensed, e-trans & CD | Pages | 242 | $589. |
| 2 | | Document Imaging | Per unit | 1.00 | $87. |

Comments:

Sub Total: $676.1
Tax: N/A
**Total Invoice**: $676.1
Finance Charge: $0.0
Payment: $0.0
**Balance Due**: $676.1

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

Deliver To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

**Rebill**

Invoice #: 476577
Inv.Date: 05/19/2011
Balance: $676.19
Job #: 110505DMK
Job Date: 05/05/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 110510DMK
Job Date: 05/10/2011
Order Date: 05/10/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 477027
Inv.Date: 05/25/2011
Balance: $389.76

**Bill To:**
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

Action: Varlesi, Tina M.
vs
Wayne State University, et al
Action #:
Rep: DMK
Cert: 2466

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Tina M. Varlesi | Copy incl. condensed, e-trans & CD | Pages | 143 | | $370.51 |
| 2 | | Document Imaging | Per unit | 1.00 | | $19.25 |

**Comments:**

Offices in:  Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $389.76 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $389.76 |
| Payment | $0.00 |
| Balance Due | $389.76 |

Federal Tax I.D.: 38-3231100    Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

**Deliver To:**
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

# Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 477027
Inv.Date: 05/25/2011
Balance: $389.76
Job #: 110510DMK
Job Date: 05/10/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

 

Esquire Solutions - Troy  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  

Remit to:  
Esquire Deposition Solutions  
PO Box 934157  
Atlanta GA 31193-4157  
www.esquiresolutions.com  

Toll Free (800) 866-5560  
Fax (866) 590-3205  

## Invoice # EQ272876



PATRICK HICKEY ,ESQ.  
DYKEMA GOSSETT, PLLC - DETROIT  
400 RENAISSANCE CENTER  
DETROIT, MI 48243  

| Invoice Date | 06/06/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/16/2011 | VARLESI, TINA vs. WSU | 219388 | 06/02/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 05/16/2011, ANWAR NAJOR-DURACK (BLOOMFIELD HILLS, MI) | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (342 Pages) | $ 701.10 |
|    EXHIBITS | $ 0.00 |
|    FLAT FEE EXHIBITS | $ 35.00 |
| | $ 736.10 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/21/2011** | **$ 744.10** |
| Amount Due After 07/21/2011 | $ 818.51 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.net**

 

| | |
|---|---|
| Invoice #: | EQ272876 |
| Payment Due: | 07/06/2011 |
| **Amount Due On/Before 07/21/2011** | **$ 744.10** |
| Amount Due After 07/21/2011 | $ 818.51 |

PATRICK HICKEY ,ESQ.  
DYKEMA GOSSETT, PLLC - DETROIT  
400 RENAISSANCE CENTER  
DETROIT, MI 48243  

Remit to:  

Esquire Deposition Solutions  
PO Box 934157  
Atlanta GA 31193-4157  
www.esquiresolutions.com  

Thank you for your business!

069  0000272876  06062011  8  000074410  0  07062011  07212011  3  000081851  01



Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (800) 866-5560
Fax (866) 590-3205

## Invoice # EQ287312

| Invoice Date | 07/20/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 09/03/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/05/2011 | VARLESI, TINA vs. WSU | 244653 | 07/15/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 07/05/2011, ANWAR NAJOR-DURACK (BLOOMFIELD HILLS, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (86 Pages) | $ 176.30 |
| LITIGATION SUPPORT DISK | $ 0.00 |
| | $ 176.30 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/03/2011** | **$ 184.30** |
| Amount Due After 09/03/2011 | $ 202.73 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



ESQUIRE
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | EQ287312 |
| Payment Due: | 09/03/2011 |
| **Amount Due On/Before 09/03/2011** | **$ 184.30** |
| Amount Due After 09/03/2011 | $ 202.73 |

PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

069  0000287312  07202011  2  000018430  0  09032011  09032011  0  000020273  18




Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-5560
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

## Invoice # EQ274749

| Invoice Date | 06/10/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/10/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/24/2011 | VARLESI, TINA vs. WSU | 239013 | 06/10/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 05/24/2011, CAROL PREMO (BLOOMFIELD HILLS, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (335 Pages) | $ 686.75 |
| | $ 686.75 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/25/2011** | **$ 694.75** |
| Amount Due After 07/25/2011 | $ 764.23 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | EQ274749 |
| Payment Due: | 07/10/2011 |
| **Amount Due On/Before 07/25/2011** | **$ 694.75** |
| Amount Due After 07/25/2011 | $ 764.23 |

PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

069 0000274749 06102011 8 000069475 9 07102011 07252011 4 000076423 48



**ESQUIRE**
Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-5560
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

### Invoice # EQ310581

| Invoice Date | 09/27/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 11/11/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/15/2011 | VARLESI, TINA vs. WSU | 271618 | 09/27/2011 | FED EX GROUND |

| Description | Amount |
|---|---|
| Services Provided on 09/15/2011, CAROL PREMO (BLOOMFIELD HILLS, MI) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | $ 364.42 |
| EXHIBITS | $ 35.00 |
| LITIGATION SUPPORT DISK | $ 0.00 |
| | $ 399.42 |
| DELIVERY - OTHER | $ 8.00 |
| | $ 8.00 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/11/2011** | **$ 407.42** |
| Amount Due After 11/11/2011 | $ 448.16 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

| | |
|---|---|
| Invoice #: | EQ310581 |
| Payment Due: | 11/11/2011 |
| **Amount Due On/Before 11/11/2011** | **$ 407.42** |
| Amount Due After 11/11/2011 | $ 448.16 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

069 0000310581 09272011 9 000040742 4 11112011 11112011 6 000044816 43



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 110729LAB
Job Date: 07/29/2011
Order Date: 07/29/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 4830?
Inv.Date: 08/10/201?
Balance: $470.1?

Bill To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

Action: Varlesi, Tina M.
vs
Wayne State University, et al
Action #:
Rep: LAB
Cert: 5207

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $70.0? |
| 2 | Amber Bergin | Original Transcript incl. CD | Pages | 111 | $397.3? |
| 3 | | Exhibits | Item | 11.00 | $2.7? |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $470.13 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$470.13** |
| Payment | $0.00 |
| Balance Due | $470.13 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

Deliver To:
Patrick F. Hickey
Dykema Gossett, P. L. L. C.
400 Renaissance Center
23rd Floor
Detroit, MI 48243

## Invoice

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 483013
Inv.Date: 08/10/2011
Balance: $470.13
Job #: 110729LAB
Job Date: 07/29/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**ESQUIRE**
Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-5560
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

## Invoice # EQ289051

| Invoice Date | 07/25/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 09/08/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/08/2011 | VARLESI, TINA vs. WSU | 244730 | 07/21/2011 | UPS |

| Description | Amount |
|---|---|

Services Provided on 07/08/2011, PHYLLIS VROOM (BLOOMFIELD HILLS, MI)
  ONE COPY OF TRANSCRIPT/WORD INDEX (310 Pages)    $ 635.50
  LITIGATION SUPPORT DISK    $ 39.00
    $ 674.50

  DELIVERY - OTHER    $ 8.00
    $ 8.00

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/08/2011** | **$ 682.50** |
| Amount Due After 09/08/2011 | $ 750.75 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMERICAN EXPRESS



**ESQUIRE**
an Alexander Gallo Company

PATRICK HICKEY ,ESQ.
DYKEMA GOSSETT, PLLC - DETROIT
400 RENAISSANCE CENTER
DETROIT, MI 48243

| | |
|---|---|
| Invoice #: | EQ289051 |
| Payment Due: | 09/08/2011 |
| **Amount Due On/Before 09/08/2011** | **$ 682.50** |
| Amount Due After 09/08/2011 | $ 750.75 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

069 0000289051 07252011 1 000068250 3 09082011 09082011 8 000075075 72