

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



TINA M. VARLESI,

    Plaintiff,

vs.

WAYNE STATE UNIVERSITY,
CAROL PREMO, ANWAR
NAJOR-DURACK and PHYLLIS I.
VROOM,

    Defendants.

Hon. Denise Page Hood

Case No. 10-cv-14793

---

## JURY VERDICT FORM

We, the jury, give the following answers to the questions submitted by the Court:

### QUESTION 1

Do you find that any one of, or more than one of the Defendants (Wayne State University, Carol Premo, Anwar Najor-Durack or Phyllis Vroom) discriminated against Plaintiff by awarding her a grade of "unsatisfactory", dismissing her from Wayne State University and/or failing to reinstate her due to pregnancy?

    __✓__    Yes

    _____    No

1

## QUESTION 2

Do you find that any one of, or more than one of the Defendants (Wayne State University, Carol Premo, Anwar Najor-Durack or Phyllis Vroom) retaliated against Plaintiff by awarding her a grade of "unsatisfactory", dismissing her from Wayne State University and/or failing to reinstate her because she complained about pregnancy discrimination?

__✓__   Yes

_____   No


If you answered "Yes" to either or both of the questions above, complete the form.

If you answered "No" to both of the above questions, have the Foreperson sign and date the form and give it to the clerk.

## QUESTION 3

What is the total amount of Plaintiff's resulting economic damages to date caused by Defendant(s), if any?

$ __148,690—__

## QUESTION 4

What is the total amount of Plaintiff's economic damages caused by Defendant(s) going into the future, if any?

$ __200,000—__

## QUESTION 5

What is the total amount of Plaintiff's resulting non-economic damage caused by Defendant(s), if any?

$ 500,000

### SIGN VERDICT FORM AND RETURN TO CLERK

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

DATED: January 31, 2013