UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TINA M. VARLESI,**

    Plaintiff,

v.

    Case No. 10-14793
    Honorable Denise Page Hood

**WAYNE STATE UNIVERSITY,
THE SALVATION ARMY, CAROL
PREMO, ANWAR NAJOR-DURACK,
PHYLLIS I. VROOM, SHAWN J. LEE,
ANTONIO GONZALES-PRENDES,
MARGARET BRUNHOFER and
JOYCE STEFANSKI,**

    Defendants.
_____/

## ORDER GRANTING MOTION TO STAY JUDGMENT

Defendants filed a Motion to Stay the Execution on the Judgment pending resolution of the post-trial motions. Plaintiff does not object to a stay, provided that a bond be required under Rule 62(b) of the Rules of Civil Procedure. However, Rule 62 only expressly provides for a bond on appeal. Fed. R. Civ. P. 62(d). Accordingly,

IT IS ORDERED that Defendants' Motion to Stay the Execution on the Judgment pending the resolution of post-trial motions **(Doc. No. 141)** is GRANTED. No bond is required at this time.

                                            S/Denise Page Hood
                                            DENISE PAGE HOOD
                                            United States District Judge

DATED: September 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2013, by electronic and/or ordinary mail.

                                            S/Holly Monda for LaShawn Saulsberry
                                            Case Manager