UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA M. VARLESI,

    Plaintiff,

                                                   Case No. 10-14793
v.                                            Honorable Denise Page Hood

WAYNE STATE UNIVERSITY, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## AND
## MOOTING MOTION TO DETERMINE ATTORNEYS' FEES

This matter is before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation filed October 31, 2017 **(Doc. No. 252)** on Plaintiff's Motion to Determine Attorney Fees and for Other Relief, and to Stay Distribution of Funds. **(Doc. No. 233)** To date, no Objections have been filed to the Report and Recommendation and the time to file such has passed.

The standard of review by the district court when examining a Report and Recommendation is set forth in 28 U.S.C.§ 636. This Court "shall make a *de novo* determination of those portions of the report or the specified proposed findings or recommendations to which an objection is made." 28 U.S.C. § 636(B)(1)(c). The Court "may accept, reject or modify, in whole or in part, the findings or

recommendations made by the Magistrate." *Id.* In order to preserve the right to appeal the Magistrate Judge's recommendation, a party must file Objections to the Report and Recommendation within fourteen (14) days of service of the Report and Recommendation. Fed. R. Civ. P 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

After review of the Magistrate Judge's Report and Recommendation, the Court finds that the Magistrate Judge's findings and conclusions are correct. The parties appeared before the Magistrate Judge and placed a settlement and stipulation on the record resolving Plaintiff's motion. Accordingly,

IT IS ORDERED that the Report and Recommendation **(Doc. No. 252)** is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion to Determine Attorney Fees and for Other Relief, and to Stay Distribution of Funds **(Doc. No. 233)** is now rendered MOOT.

                                          S/Denise Page Hood
                                          Denise Page Hood
                                          Chief Judge, United States District Court

Dated: February 7, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 7, 2018, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager